ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
William M. Woolman   State Bar No. 145124
WWoolman@aalrr.com
5260 North Palm Avenue, Suite 300
Fresno, California 93704-2215
Telephone: (559) 225-6700
Fax: (559) 225-3416

Attorneys for Defendants VICTOR CHOCK, WALTER C. WONG, MAY H. WONG and KASSIM YAHYA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VICTOR CHOCK; WALTER C. WONG, Trustee of The Wong Family Trust, dated April 9, 1993; MAY H. WONG, Trustee of The Wong Family Trust, dated April 9, 1993; NABEEL ABDULLA, dba SUNLITE MARKET; KASSIM YAHYA, aka MOHAMED MANA, dba SUNLITE MARKET,<br><br>　　　　　Defendants. | Case No.　　1:13-CV-00261-LJO-GSA<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

The parties having so stipulated and good cause appearing,

　　　IT IS HEREBY ORDERED THAT the Scheduling Conference currently set for May 28, 2013 is continued to August 5, 2013 at 9:00 a.m. in Courtroom 10 at the United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, before U.S. Magistrate Judge Gary S. Austin.

1  IT IS SO ORDERED.

2     Dated:   **May 14, 2013**                    **/s/ Gary S. Austin**
3                                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE