Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>VICTOR CHOCK, et al.,<br><br>   Defendants. | No. 1:13-cv-00261-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Victor Chock, Walter C. Wong, Trustee of the Wong Family Trust dated April 9, 1993, May H. Wong, Trustee of the Wong Family Trust dated April 9, 1993, and Kassim Yahya, aka Mohamed Mana, dba Sunlite Market, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: July 26, 2013                    MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff,
                                       Natividad Gutierrez

Date: July 26, 2013                                  ATKINSON, ANDELSON, LOYA, RUUD & ROMO, A.P.C.


*/s/ William M. Woolman*
William M. Woolman
Attorneys for Defendants,
Victor Chock, Walter C. Wong, Trustee of the Wong Family Trust dated April 9, 1993, May H. Wong, Trustee of the Wong Family Trust dated April 9, 1993, and Kassim Yahya, aka Mohamed Mana, dba Sunlite Market

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.


IT IS SO ORDERED.

Dated:   **July 26, 2013**                                /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE