1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR CHOCK, et al.,<br><br>    Defendants. | No. 1:13-cv-00261-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Victor Chock, Walter C. Wong, Trustee of the Wong Family Trust dated April 9, 1993, May H. Wong, Trustee of the Wong Family Trust dated April 9, 1993, and Kassim Yahya, aka Mohamed Mana, dba Sunlite Market, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: July 26, 2013            MOORE LAW FIRM, P.C.


                               */s/ Tanya E. Moore*
                               Tanya E. Moore
                               Attorneys for Plaintiff,
                               Natividad Gutierrez

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

1  Date: July 26, 2013                    ATKINSON, ANDELSON, LOYA, RUUD &
2                                          ROMO, A.P.C.

3                                          */s/ William M. Woolman*
4                                          William M. Woolman
                                            Attorneys for Defendants,
5                                          Victor Chock, Walter C. Wong, Trustee of the
6                                          Wong Family Trust dated April 9, 1993, May H.
                                            Wong, Trustee of the Wong Family Trust dated
7                                          April 9, 1993, and Kassim Yahya, aka Mohamed
                                            Mana, dba Sunlite Market
8

9                                    **ORDER**
10

11      The parties having so stipulated,
12      IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.
13  Each party shall bear its own attorney's fees and costs. The clerk is directed to close this
14  action.
15

16

17  IT IS SO ORDERED.
18
19      Dated:  **July 26, 2013**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE
20